IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WIRELESS ADVANCE VEHICLE ELECTRIFICATION, LLC, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>v.<br><br>WITRICITY CORPORATION, a Delaware corporation; JOE BENZ, an individual; JUSTIN SCALZI, an individual; STEVEN BALL, an individual; ROBERT EISERT, an individual; PRADEEP GADDAM, an individual; GARRETT HARMSEN, an individual; JORY PEPPELAAR, an individual; WYLEE STAPLES, an individual; GAYLA STEWART, an individual; ADEEL ZAHEER, an individual; GLEN AGUILAR, an individual; JUSTIN NORDLUND, an individual; and MELANIE ESPINOSA, an individual,<br><br>Defendants. | **PRELIMINARY INJUNCTION**<br><br>2:24-cv-00577-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

      This matter came before the court upon Plaintiff Wireless Advance Vehicle Electrification, LLC's (WAVE) Motion for Temporary Restraining Order and Preliminary Injunction.[1]  The court, having considered WAVE's Complaint, the TRO Application and supporting memorandum of points and authorities, the supporting declarations and exhibits, and the other evidence and argument presented to the court, issued an order granting in part and denying in part WAVE's TRO application on 8/29/2024.[2]  The Order was set to renew every 14

---

[1] Dkt. 4, *Motion for TRO*.

[2] Dkt. 65, *Order granting in part and denying in part WAVE's TRO*.

days absent modification by the court.[3]  On March 6, 2025, the court advised the parties the Order would be converted into a preliminary injunction unless it received an objection.  No objection has been filed and the court renews the Order as a preliminary injunction:[4]

1. Defendants Ball, Eisert, Gaddam, Harmsen, Peppelaar, Staples, Stewart, Zaheer, Nordlund, and Aguilar are:

   a. PROHIBITED from using or disclosing WAVE's confidential information, as defined in the confidentiality provision; and

   b. REQUIRED to return all of WAVE's confidential information in their possession, custody, and control to their counsel or WAVE within 48 hours.

   c. "Confidential Information includes, but is not limited to, formulas, patterns, compilations, programs, devices, methods, techniques, or processes, business plans and strategies, customer lists, customer data, information regarding employees and other service providers, marketing plans, supplier and vendor lists and cost information, software and computer programs, data processing systems and information contained therein, price lists and pricing strategies, financial data, and any other trade secrets or confidential and proprietary information, documents, reports, plans, or data, of or about [WAVE]."[5]

2. Defendants Ball, Eisert, Espinosa, Gaddam, Harmsen, Peppelaar, Staples, Stewart, and Zaheer are ENJOINED from working for WiTricity for one year following their last day

---

[3] *Id*.

[4] Defendants Ruben Gomez and Jeffrey Harding have been dismissed from this case and are therefore no longer subject to this Order.  Dkt. 102; Dkt. 133.

[5] *Representative Employment Agreement* at 3.

of employment at WAVE consistent with the non-compete provisions of their WAVE employment contracts.

SO ORDERED this 20th day of March 2025.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge